No. 85–702. MADRID ET AL. *v.* MONTELONGO ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. 

No. 85–816. CONNECTICUT *v.* SUTTON. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 85–894. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* LYONS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 85–881. AUSTIN *v.* TENNESSEE. Ct. Crim. App. Tenn.;
No. 85–5058. PENRY *v.* TEXAS. Ct. Crim. App. Tex.;
No. 85–5126. HATCH *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 85–5705. HOOPER *v.* ARIZONA. Sup. Ct. Ariz.;
No. 85–5844. SMITH *v.* MONTANA. Sup. Ct. Mont.;
No. 85–5846. CARTWRIGHT *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 85–5867. MARTIN *v.* OHIO. Sup. Ct. Ohio; and
No. 85–5880. JONES *v.* SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. Reported below: No. 85–5058, 691 S. W. 2d 636; No. 85–5126, 701 P. 2d 1039; No. 85–5705, 145 Ariz. 538, 703 P. 2d 482; No. 85–5844, —— Mont. —— and ——, 705 P. 2d 1087 and 1110; No. 85–5846, 708 P. 2d 592; No. 85–5867, 19 Ohio St. 3d 122, 483 N. E. 2d 1157; No. 85–5880, 772 F. 2d 668.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.